UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, et al, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, et al., <br><br> Defendants. | No. 2:13-cv-00059-MCE-EFB <br><br><br> **ORDER** |

Presently before the Court are the parties' Motion for Extension of Deadline for Federal Defendants' Responsive Pleading (ECF No. 15) and Motion to Amend the Amended Complaint (ECF No. 17). Both Motions are joint and unopposed. Having considered the parties' Motions, the Court hereby orders[1] that:

1. Joint Motion to Amend the Amended Complaint (ECF No. 17) is GRANTED. Plaintiffs are directed to file their Second Amended Complaint not later than five (5) days following the date this Order is electronically filed.

2. Joint Motion for Extension of Deadline for Federal Defendants' Responsive Pleading (ECF No. 15) is GRANTED. Federal Defendants are directed to file their responsive pleading within sixty (60) days

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).

1

from the filing of Plaintiffs' Second Amended Complaint.

    3. The hearing on the parties' Motions, currently set for April 18, 2013, is hereby vacated.

    IT IS SO ORDERED.

DATED: April 9, 2013

                        MORRISON C. ENGLAND, JR, CHIEF JUDGE
                        UNITED STATES DISTRICT JUDGE