UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, non-profit corporation <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, U.S. DEPARTMENT OF COMMERCE, REBECCA M. BLANK, in her official capacity as Acting Secretary of Commerce, RODNEY MCINNIS, Regional Administrator of the National Marine Fisheries Service Southwest Region, <br><br> Defendants. | CASE NO. 2:13-cv-59-MCE-EFB <br><br> **ORDER** |

Presently before the Court is the parties' Joint Motion for Extension of Time for Response to Motion for Partial Summary Judgment and Reply. The Motion is joint and unopposed. Having considered the parties' Motion, the Court hereby orders that the deadline for Federal Defendants' response to Plaintiffs' Motion for Partial Summary Judgment is extended from May 30, 2013 to June 4, 2013, and the deadline for Plaintiffs' Reply is extended until June 11, 2013.

1  The hearing on Plaintiffs' Motion shall remain as scheduled on June 13, 2013.

2  IT IS SO ORDERED.

3  DATED: May 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT