UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>        Defendants. | No.  2:13-cv-00059-MCE-EFB<br><br>**ORDER** |

Presently before the Court is the parties' Joint Motion to Reschedule Hearing and Request to Appear by Telephone filed on June 4, 2013.  (ECF No. 24.)  Having considered the parties' Motion and Request, the Court hereby grants the Motion and Request, and ORDERS that the hearing on Plaintiffs' Motion for Partial Summary Judgment (ECF No. 20) set for June 13, 2013, at 2:00 p.m. is rescheduled to **June 27, 2013, at 2:00 p.m.** in Courtroom 7.  In light of this ruling, the hearing on the parties' Joint Motion to Reschedule Hearing (ECF No. 24) currently set for July 11, 2013, is hereby vacated.

///

///

///

1

The Court will contact the following attorneys at their direct phone numbers 5-10 minutes before the scheduled hearing time on June 27, 2013:

1) Daniel Pollak, U.S. Department of Justice,
   Direct number: (202) 305-0201;

2) Christopher Kieffer, NOAA Office of General Counsel,
   Direct number: (562) 980-4076;

3) Lisa Clay, U.S. Army Corps of Engineers, Office of Counsel,
   Direct number: (916) 557-5295; and

4) Christopher Sproul, Environmental Advocates,
   Direct number: (530) 546-5593.

IT IS SO ORDERED.

DATED: June 6, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT