UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUBA COUNTY WATER AGENCY,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>            Defendants. | No. 2:13-cv-00042-MCE-CKD<br><br>**RELATED CASE ORDER** |
| SOUTH YUBA RIVER CITIZENS LEAGUE,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>            Defendants. | No. 2:13-cv-00059-MCE-EFB |

The Court received the Notice of Related Cases filed January 28, 2013. Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 123(a), E.D. Cal. (1997). The actions involve the same parties, are based on the same or a similar claim, and involve the same property transaction or event.

1 | Because the cases are already assigned to the same district judge, this Order is
2 | issued for informational purposes only and shall have no effect on the status of the
3 | cases.
4 | DATED: June 20, 2013

*[signature]*

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT