Christopher Sproul (Bar No. 126398)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

Brian Orion (Bar No. 239460)
Law Offices of Brian Orion
1156 Florida Street
San Francisco, CA 94110
Telephone: (858) 354-8222
Email: borion@enviroadvocates.com

Patricia Weisselberg (Bar No. 253015)
Law Office of Patricia Weisselberg
115 Oakdale Avenue
Mill Valley, CA 94941
Telephone: (415) 388-2303
Facsimile: (415) 388-2303
Email: pweisselberg@wans.net

Attorneys for Plaintiffs
SOUTH YUBA RIVER CITIZENS LEAGUE
AND FRIENDS OF THE RIVER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH YUBA RIVER CITIZENS LEAGUE, et al., <br><br> Plaintiffs, <br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, et al., <br><br> Defendants. | Civil Case No.: 2:13-cv-00059-MCE-EFB <br><br> **STIPULATION AND ORDER FOR MOTION TO DISMISS AND MOTION FOR ATTORNEYS' FEES BRIEFING SCHEDULE** |

Pursuant to Local Rule 143 the following stipulation is entered into between Plaintiffs South Yuba River Citizens League and Friends of the River (collectively "Plaintiffs") and National Marine Fisheries Service ("NMFS"); U.S. Department of Commerce; Penny Pritzker as Secretary of Commerce; William Stelle as Regional Administrator of the NMFS West Coast Region; the U.S. Army Corps of Engineers ("Corps"); John McHugh as Secretary of the Army; and Colonel Michael Farrell, as District Commander, Sacramento District (collectively "Federal Defendants").[1]

WHEREAS in the above captioned case, Plaintiffs sought relief and injunction against the Corps and NMFS, raising claims relating to the February 2012 Biological Opinion for the Corps' operation and maintenance of Englebright and Daguerre Point Dams on the Yuba River ("2012 BiOp"), issued by NMFS pursuant to the Endangered Species Act ("ESA");

WHEREAS on August 13, 2013, the Court granted a stay of proceedings while Federal Defendants pursued an administrative process to develop a new biological opinion that would supersede the 2012 BiOp;

WHEREAS on May 12, 2014 NMFS issued a new final biological opinion regarding Daguerre Point Dam, and issued a final letter of concurrence concerning the Corps' activities at Englebright Dam;

WHEREAS on May 13, 2014 Federal Defendants filed with the Court a Notice of Completion of ESA Consultation And Request For Status Conference that proposed that the Court direct the parties to confer and jointly file a case management statement as to their positions regarding further proceedings in this litigation;

WHEREAS counsel for the parties have conferred and have agreed to move for dismissal of Plaintiffs' claims without prejudice;

WHEREAS Plaintiffs have also informed Federal Defendants of their intention to move for attorneys fees and costs;

THEREFORE, by and through counsel, the parties do hereby stipulate to the following briefing

---

[1] Penny Pritzker has replaced Rebecca M. Blank as Secretary of Commerce; William Stelle has replaced Rodney McInnis and is Administrator of NMFS's newly created West Coast Region; and Colonel Michael Farrell has replaced Colonel William J. Leady as District Commander of the Army Corps' Sacramento District.

schedule for the motion to dismiss and Plaintiffs' motion for attorneys fees;

    1.    Plaintiffs shall file the motion to dismiss and their motion for attorneys fees and costs by September 19, 2014. Plaintiffs will provide Federal Defendants with a copy of their native format Excel billing spreadsheets prior to or concurrently with the filing of their motion.

    2.    Federal Defendants shall file their opposition to Plaintiffs' motion for attorneys fees and costs by October 10, 2014.

    3.    Plaintiffs shall file their reply in support of their motion for attorneys fees and costs by October 23, 2014.

    4.    The hearing for the motion to dismiss and Plaintiffs' motion for attorneys fees and costs shall be noticed for October 30, 2014.

Dated: July 15, 2014                  */s/ Patricia Weisselberg*
                                              Patricia Weisselberg
                                              Attorney for Plaintiffs
                                              South Yuba River Citizens League and
                                              Friends of the River

                                              SAM HIRSCH,
                                              Acting Assistant Attorney General
                                              United States Department of Justice
                                              Environment & Natural Resources Division
                                              SETH M. BARSKY, Section Chief
                                              S. JAY GOVINDAN, Assistant Chief

Dated: July 15, 2014        By permission: */s/ Daniel Pollak*
                                              Daniel Pollak
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Environment & Natural Resources Division
                                              Wildlife & Marine Resources Section
                                              P.O. Box 7369, Ben Franklin Station
                                              Washington, D.C. 20044-7611
                                              Tel: (202) 305-0201
                                              Fax: (202) 305-0275

STIPULATION FOR MOTION TO DISMISS AND MOTION FOR ATTORNEYS FEES BRIEFING SCHEDULE     2     2:13-CV-00059-MCE-EFB

Bradley H. Oliphant, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., South Terrace, Ste. 370
Denver, CO 80202
Tel: (303) 844-1381| Fax: (303) 844-1350

Attorneys for Federal Defendants

### ORDER

The Court having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated: July 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT