UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS LEAGUE, et al.,

Plaintiff,

v.

NATIONAL MARINE FISHERIES SERVICE, et al.,

Defendants.

CASE NO. 2:13-cv-59-MCE-EFB

**ORDER**

Presently before the Court is the parties' Joint Motion to Re-Calendar Hearing and Alter Briefing Schedule Regarding Plaintiffs' Motion for Attorneys' Fees (ECF No. 57). Having considered the parties' Motion, the Court hereby ORDERS that the hearing on Plaintiffs' Motion for Attorneys' Fees is RE-CALENDARED from October 30, 2014, to December 3, 2014, at 2:00 p.m. in Courtroom 7. Furthermore, the deadline for Federal Defendants' response to Plaintiffs' Motion for Attorneys' Fees is EXTENDED from October 10, 2014, to October 24, 2014, and the deadline for Plaintiffs' Reply is EXTENDED from October 23, 2014, to November 19, 2014.

IT IS SO ORDERED.

Dated: October 9, 2014

Troy L. Nunley
United States District Judge